456 A.2d 1105

Commonwealth v. Smith, Appellant.

Submitted June 2, 1982. Elaine De-Masse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.

456 A.2d 1105

Dresnin v. Dresnin, et al.

Appeal of Patricia Dresnin.

Argued April 23, 1982. Michael Goldman, for appellant; Barbara R. Vetri, for appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.